MARY E. BACON, as Administratrix, etc., Respondent, *v.* HORACE B. CLAFLIN et al., Appellants.

*21 ☙ ☙ 2 ☙ ☙*

(Argued February 5, 1885; decided March 3, 1885.)

DECIDED on the facts.

*Charles W. Gould* for appellants.

*Aaron Pennington Whitehead* for respondent.

FINCH, J., reads for affirmance.
All concur.
Judgment affirmed.

---

MARY HUGHES, as Executrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued February 6, 1885; decided March 3, 1885.)

*William G. Tracy* for appellant.

*Charles H. Sedgwick* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO and EARL, JJ., not voting.
Judgment affirmed.